# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D2022-3403
_____

JAMES BERNARD CAMPBELL,

Appellant,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

Appellee.

_____


On appeal from the Circuit Court for Bradford County.
George M. Wright, Judge.

May 3, 2024


PER CURIAM.

AFFIRMED.

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James Bernard Campbell, pro se, Appellant.

Ashley Moody, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee; Dan Johnson, General Counsel, Department of Corrections, Tallahassee, for Appellee.